IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LATRAIL L. TAYLOR, | ) | |
| | ) | |
| Defendants. | ) | |

Michael D. Nelson, counsel for defendant Latrail Taylor, has moved to withdraw due to a conflict of interest. Filing No. 131.

Accordingly,

IT IS ORDERED:

(1) The motion to withdraw filed by attorney Michael D. Nelson, (filing no. 131), is granted. Mr. Nelson shall promptly notify defendant Latrail Taylor of the entry of this order. The clerk shall delete Mr. Nelson from any future ECF notifications herein.

(2) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

DATED this 8th day of September, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge