IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LATRAIL L. TAYLOR, | ) | |
| | ) | |
| Defendants. | ) | |

The government has moved to continue the trial currently set for November 1, 2010, (filing no. 137), due to the unavailability of one of the government's key witnesses. The defendant does not oppose the requested continuance. The government's motion will be granted.

IT IS ORDERED:

1) The government's motion to continue, (filing no. 137), is granted.

2) The trial of this case is set to commence before the district judge at 9:00 a.m. on November 15, 2010 for a duration of five trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the government's motion, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and November 15, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

September 20, 2010.            BY THE COURT:

                               s/ *Cheryl R. Zwart*
                               United States Magistrate Judge