IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178-3 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| LATRAIL L. TAYLOR, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the purpose of interim fees, the Federal Public Defender advises that the regulations now permit only a 20 percent withholding rather than a withholding of one-third. Therefore,

IT IS ORDERED that the Memorandum and Order filed December 14, 2010 (filing no. 178) is modified to provide that the withholding called for in paragraph one of the order shall be 20 percent.

Dated this 6th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

Approved:

s/William J. Riley

_____
William J. Riley
Chief Judge
United States Court of Appeals for the Eighth Circuit