IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| V. | ) | |
| | ) | |
| LATRAIL L. TAYLOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Defendant Taylor's evidentiary hearing and sentencing are continued to Friday, July 8, 2011, at 12:30-2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 10th day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge