IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3178 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LATRAIL L. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The plaintiff's unopposed motion to continue sentencing (filing 205) is granted.

(2)  Defendant Taylor's 1.5 hour evidentiary hearing and sentencing are continued to Friday, August 26, 2011, commencing at 10:30 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated July 11, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge