IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| v. | ) | |
| | ) | |
| LATRAIL L. TAYLOR, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED the judgment is entered in favor of the United States and against the Defendant providing that the Motion to Vacate under 28 U.S.C. § 2255 is denied and dismissed with prejudice. No certificate of appealability will be issued.

DATED this 16th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge