IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3178 |
| | ) | |
| v. | ) | |
| | ) | |
| LATRAIL L. TAYLOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that counsel will not be appointed in this case.  Any previous order appointing counsel is stricken.

DATED this 29th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge